Eastern District of Kentucky
FILED
FEB 26 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:26-cr-034-REW

MICHAEL STUART

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNTS 1-42
### 18 U.S.C. § 922(u)

On or about the dates specified below, in Pike County, in the Eastern District of Kentucky,

### MICHAEL STUART

did knowingly steal and unlawfully take and carry away from the premises of a person who was licensed to engage in the business of importing and dealing in firearms, the following firearms as specified below that were in the licensee's business inventory and that had been shipped and transported in interstate and foreign commerce, that is:

| COUNT | DATE | FIREARM |
|---|---|---|
| COUNT 1 | April 2, 2025 | CMMG Inc., Model Dissent MK47, 7.62 x 39 caliber rifle with serial number CSM04394 |
| COUNT 2 | December 4, 2024 | Benelli, S. PA., Model M2, 20-gauge shotgun with serial number N253700H |
| COUNT 3 | October 26, 2024 | Franchi, Model Instinct Sideplate, 20-gauge shotgun with serial number FF095686 |
| COUNT 4 | January 7, 2025 | Marlin Firearms Co., Model 1894 SBL 357, .357 MAG / .38 special caliber rifle with serial number |

|         |                    |                                                                                              |
|---------|--------------------|----------------------------------------------------------------------------------------------|
|         |                    | RM1049831                                                                                    |
| COUNT 5 | February 26, 2025  | Marlin Firearms Co., Model 1894 SBL, .44 magnum caliber rifle with serial number RM1050531   |
| COUNT 6 | December 4, 2024   | Marlin Firearms Co., Model 1895 SBL, 45-70 caliber rifle with serial number RM0101337        |
| COUNT 7 | September 16, 2024 | Beretta USA Corp., Model A300 competition, 12-gauge shotgun with serial number RUP324963     |
| COUNT 8 | March 12, 2025     | Rock Island Armory, Inc., Model RIA 5.0E, 9mm caliber pistol with serial number 13-00452     |
| COUNT 9 | December 15, 2021  | Sarsilmaz (Sar Arms), Model K-12 Sport, 9mm caliber pistol with serial number T1102-21BR51873 |
| COUNT 10 | November 13, 2024 | Browning, Model X-Bolt, 6.5 Creedmoor caliber rifle with serial number 69187YW35X            |
| COUNT 11 | March 10, 2025    | Horizon, Model Vandal Dark 2, .22 Creedmoor caliber rifle with serial number HRZ0129F        |
| COUNT 12 | July 1, 2024      | LWRC (Leitner Wise Rifle Co. Inc) Model SMG 45, .45 caliber pistol with serial number 4AM04231 |
| COUNT 13 | January 27, 2025  | Glock, Model G34 Gen 5 MOS, 9mm caliber pistol with serial number CAKX603                    |
| COUNT 14 | September 4, 2024 | Tactical Solutions, LLC, Model X-Ring VR, multi-caliber rifle with serial number TSX22610    |
| COUNT 15 | January 27, 2025  | Smith & Wesson, Model M&P 15, 5.56 NATO caliber rifle with serial number TK34441             |
| COUNT 16 | August 24, 2024   | CZ (Ceska Zbrojovka), Model CZ457 Varmint, .22LR caliber rifle with serial number J121758    |
| COUNT 17 | September 16, 2023 | Volquartsen Custom LTD, Model Black Mamba, .22LR caliber pistol with serial number BM08736  |
| COUNT 18 | October 1, 2024   | Browning, Model Buckmark Contour Pro, .22LR caliber pistol with serial number US515YW14774   |
| COUNT 19 | December 30, 2024 | CMMG Inc., Model MK-4 Banshee, 5.7x28 caliber pistol with serial number BOD38932             |
| COUNT 20 | December 11, 2024 | Mke-Makina Ve Kimya Endustrisi Kurumu (Kirikkale), Model AP5, 9mm caliber pistol with serial number T0624-24CF00002 |
| COUNT 21 | March 26, 2025    | Glock, Model G45 MOS, 9mm caliber pistol with serial number CEMZ145                          |
| COUNT 22 | November 13, 2025 | Browning, Model X-Bolt, 6.5 Creedmoor caliber rifle with serial number 68044YX354            |
| COUNT 23 | January 2, 2024   | Ruger, Model AR556 MPR, 5.56 NATO caliber rifle with serial number 1851-55875                |

| COUNT 24 | March 15, 2024 | Ruger, Model 10/22 Sixth Edition, .22LR caliber rifle with serial number R60-03234 |
|---|---|---|
| COUNT 25 | March 10, 2025 | SAI, Model Hellcat Pro, 9mm caliber pistol with serial number BF482137 |
| COUNT 26 | August 23, 2024 | Glock, Model 43, 9mm caliber pistol with serial number AFLR947 |
| COUNT 27 | March 19, 2025 | SAI, Model Victor, .308 caliber rifle with serial number ST237076 |
| COUNT 28 | July 29, 2024 | Henry, Model Big Boy X .357/38SPL, .357 caliber rifle with serial number XBBS24813M |
| COUNT 29 | July 15, 2024 | Christensen Arms, Model MPR Rimfire, .22LR caliber rifle with serial number A4CF10663 |
| COUNT 30 | June 14, 2024 | CZ, Model All American Trap, 12-gauge shotgun with serial number 57-H23UU-003010 |
| COUNT 31 | April 24, 2024 | Black Rain Ord., Model BRO Executive Micarta, .22LR caliber rifle with serial number XM001915 |
| COUNT 32 | April 17 2024 | CZ, Model MTR Varmint Match, .22LR caliber pistol with serial number J037074 |
| COUNT 33 | March 30, 2024 | Seekins Precision, Model Havak Hit, 6.5 Creedmoor caliber rifle with serial number HT06850 |
| COUNT 34 | March 12, 2024 | Seekins Precision, Model Havak PH2 MNT Grey, 6mm Creedmoor caliber rifle with serial number 47255 |
| COUNT 35 | February 26, 2024 | Bergara, Model B14 crest, 7mm PRC caliber rifle with serial number 61-06-136590-23 |
| COUNT 36 | September 4, 2024 | FN, Model 509, 9mm caliber pistol with serial number GKS0012632 |
| COUNT 37 | July 29, 2024 | LWRC, Model IC Nine Pistol, 9mm caliber pistol with serial number 9AI00312 |
| COUNT 38 | April 24, 2024 | Ruger, Model American Talo Edition, 7.62 x 51 NATO / .308 WIN caliber rifle with serial number 690817732 |
| COUNT 39 | June 10, 2024 | Battle Arms Development, Model Workhorse, multi-caliber rifle with serial number WP16886 |
| COUNT 40 | March 17, 2025 | Rugged Suppressors, Model Obsidian, 9mm caliber silencer with serial number CCFB9-31008 |
| COUNT 41 | February 1, 2025 | Thunder Beast Arms Corp. (TBAC), Model G2 Ultra 7, .30 caliber silencer with serial number G40437 |

Each Count in violation of 18 U.S.C. § 922(u).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the offenses alleged in the Indictment, **MICHAEL STUART** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C.

2. § 922(u). Any and all interest that **MICHAEL STUART** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

   (a). The property to be forfeited includes, but is not limited to, the following firearms:

   1. Tactical Solutions, LLC, Model X-Ring VR, multi- caliber rifle with serial number TSX22610;
   2. Smith & Wesson, Model M&P 15, 5.56 NATO caliber rifle with serial number TK34441;
   3. CZ (Ceska Zbrojovka), Model CZ457 Varmint, .22LR caliber rifle with serial number J121758;
   4. Volquartsen Custom LTD, Model Black Mamba, .22LR caliber pistol with serial number BM08736;
   5. Ruger, Model AR556 MPR, 5.56 NATO caliber rifle with serial number 1851-55875;
   6. Ruger, Model 10/22 Sixth Edition, .22LR caliber rifle with serial number R60-03234;
   7. SAI, Model Hellcat Pro, 9mm caliber pistol with serial number BF482137;
   8. Glock, Model 43, 9mm caliber pistol with serial number AFLR947;
   9. SAI, Model Victor, .308 caliber rifle with serial number ST237076;
   10. Henry, Model Big Boy X .357/38SPL, .357 caliber rifle with serial number XBBS24813M;
   11. Christensen Arms, Model MPR Rimfire, .22LR caliber rifle with serial number A4CF10663;

12. CZ, Model All American Trap, 12-gauge shotgun with serial number 57-H23UU-003010;
13. Black Rain Ord., Model BRO Executive Micarta, .22LR caliber rifle with serial number XM001915;
14. CZ, Model MTR Varmint Match, .22LR caliber pistol with serial number J037074;
15. Seekins Precision, Model Havak Hit, 6.5 Creedmoor caliber rifle with serial number HT06850;
16. Seekins Precision, Model Havak PH2 MNT Grey, 6mm Creedmoor caliber rifle with serial number 47255;
17. Bergara, Model B14 crest, 7mm PRC caliber rifle with serial number 61-06-136590-23;
18. FN, Model 509, 9mm caliber pistol with serial number GKS0012632;
19. LWRC, Model IC Nine Pistol, 9mm caliber pistol with serial number 9A100312;
20. Ruger, Model American Talo Edition, 7.62 x 51 NATO / .308 WIN caliber rifle with serial number 690817732;
21. Battle Arms Development, Model Workhorse, multi-caliber rifle with serial number WP16886;
22. Rugged Suppressors, Model Obsidian, 9mm caliber silencer with serial number CCFB9-31008;
23. Thunder Beast Arms Corp. (TBAC), Model Ultra 7, .30 caliber silencer with serial number G40437; and
24. All associated ammunition and accessories.

A TRUE BILL.

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

# PENALTIES

## COUNTS 1-41

Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of listed items.